CONDON & FORSYTH, LLP
7 Times Square
New York, New York 10036
(212) 894-6778

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GB SHIPPING AND CHARTERING GMBH & CO.,

                Plaintiff,

              - against -

ALANI SHIPPING COMPANY, LTD. and F.G.
HAWKES (WESTERN) LTD.,

                Defendants.
-----------------------------------------------------------X

____ Civ. ____

**RULE 7.1 DISCLOSURE**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the plaintiff certifies that GB Shipping and Chartering GmbH & Co., is a private (non governmental) entity, which is not owned by a publicly held corporation, and that Hermann Buss GmbH & Cie, Leer is an interested parent corporation.

Dated: New York, New York
       August 12, 2008

                                    CONDON & FORSYTH LLP

                                    By: _____
                                          Lili F. Beneda (LB 1879)
                                          7 Times Square, 18th Floor
                                          New York, New York 10036
                                          Telephone: (212) 894-6778
                                          Facsimile: (212) 597-6721